UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, JR., | No. 2:13-cv-0596 AC P |
| Plaintiff, | |
| v. | ORDER |
| RON BARNES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 17, 2014, this court ordered Defendant Miranda to be served with a copy of the second amended complaint (pages 1-31) as a one time courtesy to plaintiff since he had not returned a copy of the 536 page amended complaint.  Accordingly, plaintiff's motion for a thirty day extension of time as well as a motion for copies of the second amended complaint are both denied as moot.  ECF Nos. 24, 25.

To the extent that plaintiff did not understand this court's March 17, 2014 order, the undersigned will clarify the status of this case.  The one time courtesy copy of the second amended complaint referenced in the March 17, 2014 order was not to be provided to plaintiff.  It was photocopied by the court and provided to the United States Marshal in order to effect service of process on Defendant Miranda.  Therefore, plaintiff need not provide any additional documents to the court at this time.

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time
2 (ECF No. 25) and motion for photocopies (ECF No. 24) are both denied as moot.
3 DATED: April 30, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE