1  RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
2  Sacramento, California 95815

3  Tel: 916-922-1200 Fax: 916 922-1303

4  Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
5  Jonathan B. Paul, CSN 215884
Kelly A. Yokley, CSN 192015
6  Jill B. Nathan, CSN 186136

7
Attorneys for Defendant
8  R. Miranda

9
## IN THE UNITED STATESDISTRICT COURT
10
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  ROBERT JENKINS,                ) CASE NO: 2:13-cv-00596 KJM AC (PC)
                                   )
14  Plaintiff,                     ) **DEFENDANT R. MIRANDA'S**
                                   ) **SUBSTITUTION OF COUNSEL;**
15  vs.                            ) **[PROPOSED] ORDER**
                                   )
16                                 ) [E.D. Local Rule 182(g)]
    BARNES, et al.,                )
17                                 )
    Defendants                     )
18                                 )
                                   )
19                                 )

20  BY OUR SIGNATURES BELOW, it is mutually agreed that SHANAN L. HEWITT, of the Law

21  Offices of Rivera & Associates, is substituted in on Case Number 2:13-cv-00596 KJM AC, and

22  Paul W. Tozer, Deputy Attorney General, is substituted out of said case, as attorney of record for

23  Defendant R. Miranda.

24  I hereby consent to said substitution.

25  DATED:   October 23, 2014              /s/ R. Miranda (original signature retained
                                           by attorney)
26                                         R. MIRANDA

27  ///

28  ///

Substitution of Counsel; [Proposed] Order
Page 1

| | |
|---|---|
| I hereby agree to said substitution.<br>DATED:  October 23, 2014 | RIVERA & ASSOCIATE<br>/s/ Shanan L. Hewitt<br>SHANAN L. HEWITT |
| I hereby consent to said substitution.<br>DATED:  October 23, 2014 | Off ice of the Attorney General<br>/s/ Paul W. Tozer<br>PAUL W. TOZER |

## **ORDER**

IT IS SO ORDERED:

DATED: October 24, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE